HENRY C. MINER, Respondent, *v.* JONAS STOLTS and JULIUS STOLTS, Appellants.

APPEAL from a judgment in favor of plaintiff.

*Howe & Hummel*, for respondent.

*Brewster Kissam*, for appellants.

*Per Curiam.* The issues framed by the pleadings were fully and fairly submitted to the jury. No relevant testimony was excluded.

The question excluded by the trial justice, in our judgment, was properly excluded, as it in no wise had a bearing upon the issues involved.

The judgment must be affirmed, with costs to the respondent.

Present: FITZSIMONS and NEWBURGER, JJ.
Judgment affirmed, with costs to respondent.